STATE of Missouri, Respondent,

v.

Ronnie Lee DURNELL, Appellant.

No. WD 47873.

Missouri Court of Appeals, Western District.

Submitted Feb. 8, 1994.

Decided March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Edward A. Coulson, Robert G. Duncan, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

**538**

*ORDER*

PER CURIAM.

Appeal from conviction following a jury trial for assault in the second degree in violation of § 565.060, RSMo 1986.

Judgment affirmed.